```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16382
  CHERYL A WORKMAN
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-8309


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

    1.  The case was filed on 12/12/06 and confirmed on 02/02/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  37626.66 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                               PAID             PAID
-----------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG          .00             .00              .00
GMAC RESCAP LLC            MORTGAGE ARRE          .00             .00              .00
PARK WEST TOWNHOME CONDO   SECURED            390.00             .00           360.00
FREEDOM CARD GOLD MASTER   UNSECURED          364.61           13.22           364.61
ECAST SETTLEMENT CORPORA   UNSECURED         3253.40          117.21          3253.40
CONDELL MEDICAL CENTER     UNSECURED         NOT FILED           .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED          536.78           19.36           536.78
PREMIER BANKCARD/CHARTER   UNSECURED          447.21           16.15           447.21
ECAST SETTLEMENT CORPORA   UNSECURED          627.83           22.65           627.83
MIDLAND CREDIT MGMT        UNSECURED          252.32            9.13           252.32
NEWPORT NEWS               UNSECURED         NOT FILED           .00              .00
NORTHWEST COLLECTORS       UNSECURED         NOT FILED           .00              .00
PEOPLES GAS                UNSECURED          250.11            9.06           250.11
US BANK                    UNSECURED         2060.16           74.20          2060.16
WORLD FINANCIAL NETWORK    UNSECURED          394.15           14.28           394.15
WORLD FINANCIAL NETWORK    UNSECURED          261.77            9.49           261.77
CAPITAL ONE BANK           UNSECURED          980.87           35.35           980.87
US BANK                    UNSECURED          763.72           27.51           763.72
ASSET ACCEPTANCE CORP      UNSECURED           94.99            3.54            94.99
AMERICASH LOANS            UNSECURED          572.34           20.60           572.34
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                               PAID             PAID
-----------------------------------------------------------------------
ECAST SETTLEMENT CORPORA   UNSECURED          769.54           27.74           769.54
           Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER           TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  390.00          .00      11629.80          .00        12019.80
PRINCIPAL PAID      360.00          .00      11629.80          .00        11989.80
```

```
INTEREST PAID                     .00         .00       419.49           .00         419.49
TOTAL PAID                     360.00         .00     12049.29           .00       12409.29
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $   2500.00
and was paid $     157.00   direct and $    2343.00   through the plan.

The Trustee received $      656.85 .

Refunds to the Debtor totaled $   22217.52 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                   PAGE   2
              CASE NO. 06 B 16382 CHERYL A WORKMAN